FILED

2009 Jan-30  PM 04:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FILED IN OFFICE

JAN 2 9 2009

ANNE-MARIE ADAMS
Clerk

| | |
|---|---|
| REGINALD MCDANIEL, | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) Case No. CV-2008-904187 |
| | ) |
| ADVANTA BANK CORP., TRANSUNION INC. | ) |
| EQUIFAX INC., and EXPERIAN INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE TO STATE COURT OF REMOVAL

COMES NOW the Defendant, Equifax Inc. ("Equifax"), by and through its undersigned counsel, and files the attached Notice of Removal to the United States District Court for the Northern District of Alabama, Southern Division on January 29, 2009. (Attached hereto as **Exhibit A.**)

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446, the filing of the Notice of Removal in the United States District Court for the Northern District of Alabama, together with the filing of that Notice with the Clerk of this Court, effects the removal of the above-styled action to the United States District Court, and this Court may proceed no further unless and until the case is remanded.

Done this 29th day of January, 2009.

4518788

Respectfully submitted,

EQUIFAX INC.

By: _____

Victoria J. Franklin-Sisson
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
505 20th Street N., Ste. 600
Birmingham, Alabama   35203
Tel.:  205.226.5200
Fax:   205.226.5226
vsisson@joneswalker.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing by depositing same in the United States mail, properly addressed with sufficient postage affixed thereto to ensure delivery to:

James N. Caldwell, Esq.
714 32nd Street South
Birmingham, AL   35233

William H. King, III, Esq.
Lightfoot, Franklin & White, LLC
The Clark Building
400 20th Street N.
Birmingham, AL   35203-3200

Kary Bryant Wolfe, Esq.
Timothy M. Davis, Esq.
Walston, Wells & Birchall, LLP
One Federal Place, Suite 1100
1819 5th Avenue S.
Birmingham, AL   35203

4518788
ATLLIB01 2078809.1

2

L. Jackson Young, Jr., Esq.
Ferguson, Frost & Dodson, LLP
2500 Acton Road, Suite 200
Birmingham, AL    35243

By: _____
       Victoria J. Franklin-Sisson

# EXHIBIT A

FILED

2009 JAN 29  PM 3:48

U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

REGINALD MCDANIEL,        )
                           )
        Plaintiff,      )
                           )
v.                      )   CV-09-B-0183-S
                           )
ADVANTA BANK CORP., TRANSUNION )
INC., EQUIFAX INC., and EXPERIAN INC., )
                           )
        Defendants.   )

**NOTICE OF REMOVAL**

Comes now Defendant, Equifax Inc. ("Equifax Inc."), by and through undersigned counsel, and hereby files this Notice of Removal of this action from the Circuit Court of Jefferson County, State of Alabama, wherein it is now pending as Case No. 01-CV-2008-904187.00, to the United States District Court for the Northern District of Alabama, Southern Division. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Defendant shows this Court as follows:

1.    An action was filed on December 24, 2008 in the Circuit Court of Jefferson County, State of Alabama, entitled *Reginald McDaniel v. Advanta Bank Corp., et al,*, Civil Action No. 01-CV-2008-904187.00 (the "State Court Action").

2.    Equifax was served with the complaint on December 31, 2008; Advanta Bank Corp was served with the complaint on January 2, 2009; TransUnion was served with the complaint on January 2, 2009; and Experian was served with the complaint on January 5, 2009. Co-Defendants' Consents to Removal are collectively attached hereto as **Exhibit A**.

5146293

3.     This Notice is being filed with the Court within thirty (30) days after Equifax was served with a copy of Plaintiff's initial pleading setting forth the grounds for his action and his claims for relief.

4.     This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States; specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"), as follows:

(a)     Plaintiff's complaint, on its face, alleges a violation of the FCRA. (See first unnumbered paragraph of Plaintiff's complaint).

(b)     The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . . ."

5.     Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to the Plaintiff and to the Clerk of the Court in the state court action, as required by 28 U.S.C. § 1446(d).

6.     Attached hereto, as **Exhibit B**, are copies of the summons and complaint served upon Equifax in the State Court Action.

7.     Attached hereto, as **Exhibit C**, are copies of the entire file in the state court action pending in the Circuit Court of Jefferson County, Alabama, Case No. 01-CV-2008-904187.00.

WHEREFORE, Equifax requests that the above-described action be removed to this Court.

5146293

ATL.LIB01 2078799.1

This 29th day of January, 2009.

Respectfully submitted,

EQUIFAX INC.

By: _____
Victoria J. Franklin-Sisson
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
505 20th Street N., Ste. 600
Birmingham, Alabama   35203
Tel.:   205.226.5200
Fax:   205.226.5226
vsisson@joneswalker.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing NOTICE OF REMOVAL by depositing same in the United States mail, properly addressed with sufficient postage affixed thereto to ensure delivery to:

James N. Caldwell, Esq.
714 32nd Street South
Birmingham, AL   35233

William H. King, III, Esq.
Lightfoot, Franklin & White, LLC
The Clark Building
400 20th Street N.
Birmingham, AL   35203-3200

Kary Bryant Wolfe, Esq.
Timothy M. Davis, Esq.
Walston, Wells & Birchall, LLP
One Federal Place, Suite 1100
1819 5th Avenue S.
Birmingham, AL   35203

5146293

3

ATLLIB01 2078799.1

L. Jackson Young, Jr., Esq.
Ferguson, Frost & Dodson, LLP
2500 Acton Road, Suite 200
Birmingham, AL    35243

By _____
    Victoria J. Franklin-Sisson

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

REGINALD MCDANIEL, )
)
Plaintiff, )
)
v. )            Case No. 01-CV-2008-904187
)
ADVANTA BANK CORP., TRANSUNION INC., )
EQUIFAX INC., and EXPERIAN INC., )
)
Defendants. )

## JOINDER AND CONSENT TO NOTICE OF REMOVAL OF ACTION

Pursuant to Section 1441 and 1446 of Title 28 of the United States Code, Defendant

Advanta Bank Corp. hereby joins in and consents to the notice of removal of this action filed by

Defendant Equifax Inc., without waiving its rights to assert any personal jurisdictional claims or

other motions including Rule 12 motions and/or motions to compel arbitration by the Federal

Rules of Civil Procedure.

Dated: January 29, 2009.

Respectfully Submitted,

William H. King, III
Attorney for Advanta Bank Corp.

OF COUNSEL:
William H. King, III (KIN029)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
 The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29 day of January, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James N. Caldwell, Esq.
714 32nd Street South
Birmingham, AL 35233

Respectfully submitted,

William H. King, III

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

REGINALD MCDANIEL          )
    Plaintiff          )
                 )
                 )
v.          )          Case No.
                 )
ADVANTA BANK CORP.,          )          _____
TRANSUNION INC., EQUIFAX, INC.;          )
EXPERIAN INC.;          )
    Defendants.          )

## JOINDER AND CONSENT TO REMOVAL

Without waiving any other defenses, Trans Union LLC, incorrectly named TransUnion Inc., hereby joins in and consents to the removal of this action from the Circuit Court of Jefferson County, Alabama to this Court.

Trans Union LLC first received a copy of the Complaint, the initial pleading setting forth the claim for relief upon which this action is based, on January 2, 2009.

Respectfully submitted,

_____
**KARY BRYANT WOLFE** (WOL016)
kwolfe@walstonwells.com
**TIMOTHY M DAVIS** (DAV162)
tdavis@walstonwells.com
**WALSTON, WELLS & BIRCHALL, LLP**
One Federal Place, Suite 1100
1819 Fifth Avenue North
Birmingham, AL 35203
(205) 244-5281
(205) 244-5481 (Fax)
**ATTORNEYS FOR TRANS UNION LLC**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

REGINALD MCDANIEL,                          )
                                            )
            Plaintiff,                      )
                                            )
v.                                          )        Case No. _____
                                            )
ADVANTA BANK CORP., TRANSUNION              )
INC.,  EQUIFAX INC., and EXPERIAN INC.,     )
                                            )
            Defendants.                     )

## JOINDER AND CONSENT TO NOTICE OF REMOVAL OF ACTION

Pursuant to Section 1441 and 1446 of Title 28 of the United States Code,

Defendant Experian Information Solutions, Inc. hereby joins in and consents to the notice

of removal of this action filed by Defendant Equifax Information Services LLC, without

waiving its rights to assert any personal jurisdictional claims or other motions including

Rule 12 motions and/or motions to compel arbitration by the Federal Rules of Civil

Procedure.

Respectfully submitted this _____ day of January 2009.

_____
L. Jackson Young, Jr. (ASB-7046-G65L)
*Attorney for Defendant Experian Information*
*Solutions, Inc.*

**OF COUNSEL:**
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
(205) 879-8722 – telephone
(205) 879-8831 – telecopier
Email: ljy@ffdlaw.com

{W0222305.1 }

**OF COUNSEL (Pending Pro Hac Admission):**
Nicole M. Perry
JONES DAY
717 Texas Avenue, Suite 3300
Houston, Texas 77002
(832) 239-3791 – telephone
Email: nmperry@JonesDay.com
*Attorney for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

     This is to certify that on this the _____ day of January, 2009, a copy of the foregoing document has been served upon counsel for all parties to this proceeding via U.S. Mail:

James N. Caldwell, Esq.
714 32nd Street South
Birmingham, Alabama 35233
*Attorney for Plaintiff Reginald McDaniel*

                                     _____
                                        OF COUNSEL

# EXHIBIT B

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | **SUMMONS**<br>- CIVIL - | **Case Number:**<br>01-CV-2008-904187.00 |
| --- | --- | --- |

**IN THE CIVIL COURT OF JEFFERSON, ALABAMA**
**REGINALD MCDANIEL v. ADVANTA CORPORATION ET AL**

NOTICE TO    EQUIFAX, PO BOX 105873, ATLANTA GA, 30348
_____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY REGINALD DARYL MCDANIEL

WHOSE ADDRESS IS 712 32ND STREET SOUTH, BIRMINGHAM AL, 35233 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    REGINALD MCDANIEL
pursuant to the Alabama Rules of the Civil Procedure

| 12/24/2008 3:14:42 PM | /s ANNE-MARIE ADAMS | |
| --- | --- | --- |
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s REGINALD DARYL MCDANIEL |
| --- | --- |
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____


_____          _____
Date                                       Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>01-CV-200<br>Date of Filing:<br>12/24/2008 | ELECTRONICALLY FILED<br>12/24/2008 3:14 PM<br>CV-2008-904187.00<br>CIRCUIT COURT OF<br>JEFFERSON COUNTY, ALABAMA<br>ANNE-MARIE ADAMS, CLERK |
|---|---|---|---|

## GENERAL INFORMATION

**IN THE CIRCUIT OF JEFFERSON COUNTY, ALABAMA**
**REGINALD MCDANIEL v. ADVANTA CORPORATION ET AL**

**First Plaintiff:** ☐ Business   ☑ Individual         **First Defendant:** ☑ Business   ☐ Individual
                    ☐ Government  ☐ Other                                 ☐ Government ☐ Other

## NATURE OF SUIT:

**TORTS: PERSONAL INJURY**

☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonnes
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☑ TOXX - Other: _____

**TORTS: PERSONAL INJURY**

☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**

☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS  (cont'd)**

☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture
          Appeal/Enforcement of Agency Subpoena/Petition to
          Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP-Contempt of Court
☐ CONT-Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND- Equity Non-Damages Actions/Declaratory
          Judgment/Injunction Election Contest/Quiet Title/Sale For
          Division
☐ CVUD-Eviction Appeal/Unlawfyul Detainer
☐ FORJ-Foreign Judgment
☐ FORF-Fruits of Crime Forfeiture
☐ MSHC-Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB-Protection From Abuse
☐ FELA-Railroad/Seaman (FELA)
☐ RPRO-Real Property
☐ WTEG-Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP-Workers' Compensation
☐ CVXX-Miscellaneous Circuit Civil Case

**ORIGIN:**   F☑ INITIAL FILING          A☐ APPEAL FROM          O☐ OTHER
                                             DISTRICT COURT

              R☐ REMANDED                  T☐ TRANSFERRED FROM     _____
                                             OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**      ☐ Yes ☑ No

**RELIEF REQUESTED:**      ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**   MCD061      12/24/2008 3:07:16 PM        /s REGINALD DARYL MCDANIEL

**MEDIATION REQUESTED:**      ☐ Yes ☐ No   ☑ Undecided



ELECTRONICALLY FILED
12/24/2008 3:14 PM
CV-2008-904187.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

REGINALD MCDANIEL

Plaintiff

Vs.                                              Case No.:

ADVANTA BANK CORP.,
TRANSUNION INC., EQUIFAX, INC.,
EXPERIAN INC.
Defendants.

### COMPLAINT

Comes now the Plaintiff and brings this action pursuant to the Fair Credit Reporting Act,
15 U.S.C., Section 1681 et seq., and Code of Alabama, 1975. Jurisdiction is vested in this court
pursuant to 15 U.S.C. Sec. 1681, and the Code of Alabama, 1975, and sections: 6-5-100, 6-5-
101, 7-3-11, 8-1-22, 8-1-20 and 1-21-16.

Defendants, Experian, TransUnion, and Equifax are consumer reporting agencies as the
term is defined in U.S.C. Sec. 1681a(f). Defendant, Advanta Bank, Corp. is engaged in the
business consumer credit cards in the State of Alabama and is a creditor as defined by 15 U.S.C.,
Sec. 1602(f) in that it issues and administers credit cards to consumers and businesses and has
reported credit information to Defendant, credit bureaus named above pertaining the plaintiff.

1.     On or about February 12, 2008, RM2 Sports, LLC through the plaintiff retained the
services of James Caldwell, attorney at law to represent him in settling the business account with
Advanta Bank Corp. Attorney Caldwell sent a letter of representation to defendant Advanta Bank
Corp., on or about February 12, 2008. (see plaintiff exhibit 1)

2.     On or about May 20, 2008, Attorney James Caldwell, after receiving several phone calls
from Advanta Bank Corp., sent a follow up letter to Advanta Bank Corp., again attempting to
settle this account and included a check from Plaintiff in the amount of $1,000 to defendant,

Advanta Bank as an offer to settle the credit card account of RM2 Sports Management, LLC in full. (See plaintiff's exhibit 2)

3.     Defendant Advanta Bank Corp., negotiated said payment in full in the amount of $1,000 on or about June 11, 2008. (see plaintiff exhibit 3)

4.     On or about July 7, plaintiff's attorney sent a follow up letter to Advanta Bank Corp., the attention of Steven Judd, Account Specialist with Advanta Bank Corp., who had made previous phone calls and sent correspondence concerning the account plaintiff after receiving letter of representation and the settlement check to demand that Advanta Bank Corp., stop billing RM2 Sports, LLC because they had accepted the settlement check as offered under the laws of the State of Alabama. (see plaintiff exhibit 4)

5.     At no point prior to the negotiation of this payment to defendant, did Advanta Bank Corp., report the perfect credit payment history of plaintiff, Reginald McDaniel nor RM2 Sports, LLC the to the credit bureaus.

6.     On or about July 20, 2008, Plaintiff received a statement from Advanta Bank Corp., with the $1,000 payment in full posted, but continued to charge the company, RM2 Sports, for an additional balanced owed on said account in violation of Code of Alabama, 1975 Sec. 1-21-5, and 1-21-16.

7.     On or about August 20, 2008, plaintiff began receiving harassing phone calls from representatives from Advanta Bank Corp., concerning a balance due on the account of RM2 Sports, LLC.

8.     On or about October 2008, defendant Advanta Bank Corp., fraudulently and without notice or permission reported incorrect negative information to Plaintiff's personal credit file to all three credit bureaus named above as defendants in violation of applicable laws of the State of

Alabama and 15 U.S.C.

9.      On or about October 20, 2008, Kevin Morgan, an employee and agent of Advanta Bank

Corp., contacted plaintiff via telephone and stated he had pulled the personal credit report of

defendant in violation of U.S. privacy and applicable consumer protection laws. Kevin Moran

followed up his telephone call with an email stating he intended to damage the personal credit

rating and threatened legal action against Plaintiff. (see exhibit 5)

10.     Due to illegal actions by defendants, Plaintiff's legal business account line of credit with

American Express was reduced by over $17, 000 due to negative and false reporting by

defendants, Advanta Bank Corp., et al.

11.     Plaintiff's personal credit profile dropped over 100 points from the excellent credit

category to fair category thereby causing plaintiff damage to credit rating and the ability to

obtain credit and refinance residential property at lower rate he was entitled too before actions by

defendants.

12.     On or about July 21, 2008, and again on or about November 16, 2008, Plaintiff wrote

defendants, Equifax, Experian, and TransUnion to request that the account as reported by

Advanta Bank Corp., was inaccurate and should be removed from Plaintiff's personal credit

records.

13.     That each credit reporting bureau listed above as defendants, willfully and wantonly

failed to correct Plaintiff's personal credit profile as required under 15 U.S,C, and such conduct

therefore entitles Plaintiff to punitive damages and the recovery of attorney fees.

14.     That defendant, Advanta Bank Corp., willful misconduct as set out above caused severe

damage to Plaintiff ability to retain, obtain and acquire credit based on his true credit history and

thus entitles Plaintiff to punitive damages and attorney fees of the defendant pursuant to 15

U.S.C.

15.      That on or about November 6, 2008, defendant, Advanta Bank Corp., wrongfully

intruded into a personal email account of Plaintiff, so as to cause outrage, mental suffering,

shame, humiliation to a person of ordinary sensibilities in that a public email with over 500 other

email addressees, stating that "..both you and your business are responsible for the delinquency

on this account." (see exhibit 6) This action exposed the Plaintiff to unwarranted publicity

regarding an account that did not belong to him personally and was a private matter.

      **WHEREFORE,** Plaintiff prays that the Court will enter judgment against Defendants

separately and severable and award to Plaintiff the following relief:

(1) monetary damages including compensatory and punitive, and

(2) attorney fees and court costs; and

(3) an injunction commanding Defendants to delete the said account and all adverse information

from Defendant's credit files on Plaintiff, and commanding Defendant to notify all recipients, of

said information of such deletions, and command Defendants to never again report adverse

information; false information of or concerning the Plaintiff; and

(4) an order declaring the Advanta Bank Corp., credit card account of RM2 Sports, LLC to be

paid in full per accord and satisfaction and payment pursuant to Code of Alabama, Sections 7-3-

11,  8-1-22, 8-1-20 and 1-21-16.

Respectfully submitted by:

S/James N Caldwell
James N. Caldwell, Esq.
Attorney for Plaintiff
714 32nd Street South
Birmingham, AL 35233
(205) 328-1150



ELECTRONICALLY FILED
12/24/2008 3:14 PM
CV-2008-904187.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

# Law Offices of James N. Caldwell

Attorney at Law
712 32nd Street South
Birmingham, AL 35233
205.328.1150

February 12, 2008

ADVANTA
PO Box 30715
Salt Lake City, UT 84130

Re:      Advanta Acct# 5584-1897-0527-3575
         RM2 Sports, LLC
         Balance: $6000

To whom it may concern:

This letter is to inform you that RM2 Sports has retained my office to wind up its business affairs and to settle outstanding accounts.

The company is without any assets or income and has not operated as a business since sometime in 2006. The former owner of the business who had been making regular payments cannot afford to keep making payments and as such as retained my assistance to settle this account without having to go through more drastic means or possible bankruptcy for RM2 Sports.

In a posture to settle this account, my client is willing to pay a lump sum in the amount of $2,000 as full settlement of this account. Please advise or pass this letter on to your decision maker for a prompt response to this offer.

Please contact me if you have any questions.

Sincerely,

James N. Caldwell, Esq.



PLAINTIFF'S
EXHIBIT
2

# Law Offices of James N. Caldwell
### Attorney at Law
712 32nd Street South
Birmingham, AL 35233
205.328.1150

May 20, 2008

ADVANTA
PO Box 30715
Salt Lake City, UT 84130

Re:       Settlement Offer
Advanta Acct# 5584-1897-0527-3575
RM2 Sports, LLC
Balance: $5726.87

To whom it may concern:

This letter is to follow up on my client, RM2 Sports, LLC's request to settle the above account. As stated in my previous letter, RM2 Sports is no longer in business and is seeking to pay off the credit card issued by Advanta.

As such we have enclosed a check in the amount of $1,000.00 as full and final payment to settle this account. My client is no longer in position to pay the initial offer of $2,000 and now is offering $1,000.00 to settle this account.

Please contact me if you have any questions.

Sincerely,

James N. Caldwell, Esq.



PLAINTIFF'S
EXHIBIT
3

```
*061000146*
06/20/2008
6616273147
```

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.



REGINALD McDANIEL ATTORNEY AT LAW
712 32nd St S
Birmingham, AL 35233

1522

6/11/08   DATE

PAY TO THE
ORDER OF   Advanta                                   $ 1000⁰⁰

One Thousand                                          DOLLARS

REGIONS

874615

108 5584 1897 05273575 -Paid In full-Settlement

⑈"001522⑈ ⑈:062000019⑈: 004786047 2⑈   ⑈"0000100000⑈

⑈"0016522⑈"   4⑈:06 20000 19⑈:   004 78604 7 2⑈"   ⑈"0000 100000⑈"



PLAINTIFF'S
EXHIBIT
4

# Law Offices of James N. Caldwell
Attorney at Law
712 32nd Street South, Birmingham, AL 35233
205-328-1150

July, 7, 2008

Mr. Steven Judd
Account Specialist
Advanta
PO Box 30715
Salt Lake City, Utah 84130

Re:     Settlement Offer
        Advanta Acct# 5584-1897-0527-3575
        RM2 Sports, LLC

Dear Mr. Judd:

This letter is to follow up on the letter sent to Advanta on May 20, 2008 concerning the settlement offer from my client, RM2 Sports, LLC.

We sent a letter of settlement and included a check for $1000 for full and final settlement. This check has been negotiated and per Alabama law this amounts to full accord and satisfaction of the debt. As such, we respectfully request that Advanta stop billing my client and report this debt as settled.

Please contact me should you have any questions.

I have enclosed a copy of the check and the letter of settlement..

Best regards,

James N. Caldwell, Esq.

Preview



This is an urgent message.
**Date:** Monday, October 20, 2008 10:57 AM
**From:** Moran, Kevin <kmoran@advanta.com>
**To:** ATTYRM@BHAM.RR.COM

**Subject:**

Reginald,

Give me a call. I want to work out a settlement with you...

*Please call me today regarding your Advanta MasterCard.  Advanta is pursuing legal action against you for non payment of your account.  I suggest you pay it off with a home equity loan or a balance transfer.  I can even take a credit card payment over the phone if you need.  I have options available as well where I can lower the interest rate to 0%, or settlement offers, that are much lower than your balance owed.  Please call me today to make arrangements. Thanks*

**Additionally, we sent you a letter on 7/30 explaining that we will be reporting to the personal credit bureaus this month.  In the past we have never reported at all. Currently the account holder has an excellent credit score and if the account is not satisfied this month his personal credit score will suffer.  Please know, that I will do anything to help you, please call me immediately.**

Kevin L Moran

Portfolio Manger

Advanta Bank

1-800-451-3213 X 7751

TM & © Warner Bros. Entertainment Inc.

Preview



**Date:** Thursday, November 6, 2008 1:12 PM

**From:** Worsham, Larry <lworsham@advanta.com>

**To:**
AARONLEGAL@TNNI.NET, BASHASRUGS@VERIZON.NET, alam@iemrexpress.com, alamo@investorfunds.us,
dalmelda@bellsouth.net, ALLIEDARTINC@AOL.COM, MIKE_ARABIA@YAHOO.COM, titusassih@hotmail.com,
AWADAN@AOL.COM, AWADAN@AOL.COM, soco303@aol.com, TRACKSIDE@MILWPC.COM,
smileproductions19@hotmail.com, JCRO1000@SBCGLOBAL.NET, aliobubu@aol.com,
KYUNGHEEB@AOL.COM, ESHIFIT.NET@GMAIL.COM, GRAMMYOTHESEA@AOL.COM,
CALSTATE12@AOL.COM, BELLTOOLCO@AOL.COM, RABENSON@GALLATINRIVER.NET,
FACEMIRE1@AOL.COM, BETTINA@ALLINPLACE.BIZ, JBERG13@AOL.COM, JBONACCORSY@COREFPA.COM,
AJMOTORS@AOL.COM, ABCDOCUMENTSDAWN@AOL.COM, t.brainer@insightbb.com,
briganc@pinepech.edu, NEWYORKRIDER@TWCNY.RR.COM, JCHB3@AOL.COM,
TAXESBYLAURA@SBCGLOBAL.NET, lilriverbill@yahoo.com, BUSS7370@TWCNY.RR.COM,
yoginidvd@gmail.com, tcalderon13@yahoo.com, CORNERPANTRY@ATT.NET, RCCPA@TELEPORT.COM,
PRODUCTION@ONAC.COM, NONE@ADVANTA.COM, truckstr@msn.com, j.l.carrier@worldnet.att.net,
XTREMEBEDLINER@SBCGLOBAL.NET, MUSTANGGTGANG@AOL.COM, DBATRENDSLA@ADELPHIA.NET,
SERGEY.C@SBCGLOBAL.NET, SMOOTHSAILN@SBCGLOBAL.NET, JJTELCOMM@YAHOO.COM,
randyleechol@yahoo.com, everett928@aol.com, JOHNCHRISTIAN316@AOL.COM, carlochubak@yahoo.com,
PROGMENU@AOL.COM, hunnybunny501@aol.com, artisanhair@aol.com, ETC.COLLARD@GMAIL.COM,
LINDACONRAD@EMBARQMAIL.COM, DREAMLIMO@VERIZON.NET, KCMC2U@YAHOO.COM,
GBI@DC.RR.COM, CAROLE_COUTURE@MSN.COM, sales@ariacellular.com, none@none.com,
micx2@earthlink.net, PERFECTFRAMES@EMBARQMAIL.COM, ESDALLAS@HOTMAIL.COM,
JAMIE@NNJRE.COM, CHRIS@EA-TRAININGCENTER.COM, JESSED@OCBINC.COM,
GREGG@GSONSTUDIOS.COM, WESTCOUNTYJUMPER@SBCGLOBAL.NET, necess@hawaiiantel.net,
PATTYANN1@COMCAST.NET, JOSH.DINGUS@GMAIL.COM, DINOTO8230@SBCGLOBAL.NET,
dennis@caterinabuilders.com, BRYSOND24@AOL.COM, JOEDOWNS@COMCAST.NET, none@advanta.com,
TOM6AHAWK1@NETZERO.NET, RTEVANS2@YAHOO.COM, ATC4186@AOL.COM, jfitzer1@gmail.com,
DAVE@CENTRONCC.COM, GREGG@TOLANDSCAPING.COM, JOEAF10@YAHOO.COM,
LANSHAFREE@COMCAST.NET, MARK.FRISBIE@AIRHOP.COM, bandtfritz@yahoo.com, LFRY42@TX.RR.COM,
JGOLICK@COX.NET, AGOMEZ5@DC.RR.COM, TGOMEZ35@YAHOO.COM, CEGONZALEZ@SBCGLOBAL.NET,
KIMO@KIMOGRIGGS.COM, JOHNLGROHJR@YAHOO.COM, NSOMMERS@JUNO.COM,
JADEHACHEM@CHARTER.NET, GENE.HACKER@YAHOO.COM, rachel_haddox@yahoo.com,
mike@trusthomelending.com, QZ9702@WOH.RR.COM, PIPERCUB33@AOL.COM,
CHARITYTOURLDR@BELLSOUTH.NET, shenazhaq@yahoo.com, ANIMAL.RESORT@INSIGHTBB.COM,
brashland@adelphia.net, TERRY7995@COMCAST.NET, SERENARENA1220@AOL.COM,
cmlstooges@hotmail.com, BLAIR@GREATERBAYFUNDING.COM, hermansengroup@gmail.com,
BREEZEOFHB@AOL.COM, HAPPYGRAMM@HOTMAIL.COM, HODGESCM2007@COMCAST.NET,
holguins1@yahoo.com, STUDIOFIFTYTHREE@GMAIL.COM, PHAYELIN@YAHOO.COM, marlinm1@aol.com,
mhuebner@hamilton.net, PENNYFHUEY@MSN.COM, EMTNLDG@AOL.COM, JOHNHUMMEL1@MSN.COM,
africannewdimensions@yahoo.com, sales@rsscinema.com, DSJAVIER@VERIZON.NET, frmunion@smig.net,
JDAWNAM7@HOTMAIL.COM, ANDREW250K@YAHOO.COM, PJIA@AMJACKCASTER.COM,
LOANDREAMS@MSN.COM, MARY@WHINNYHORSERESCUE.ORG, WINBIG4U@ARDMORE.NET,
JON@CHERRYLV.COM, TK63@MAC.COM, MANJEET@PUNJABI-MANCH.NET, HANNAKATEB@COMCAST.COM,
abid6900@aol.com, BEAUTY1@YAHOO.COM, torihouse@aol.com, EVAKING330@AOL.COM,
kingsleyoutpost@gmail.com, DDBUILDERS@EARTHLINK.NET, KINTLGROCERIES@GMAIL.COM,
mattk@opgweb.com, KOVARI@ADELPHIA.NET, sbhelgirl@aol.com, RAK71@AOL.COM,
KAKRONFUSS@YAHOO.COM, KRONK27@SBCGLOBAL.NET, EWA@DASHINGHAIR.COM,
tony@kvalegames.com, o0_rodolfo_0o@yahoo.com, AWESOMFIT@SBCGLOBAL.NET,
EARLLARKINS@SBCGLOBAL.NET, markjlavalle@sbcglobal.net, BEN.LEE@CICGRP.NET,
KENNYSLEE@HOTMAIL.COM, SUNCRUISER@WILDBLUE.NET, BEACONENG@GMAIL.COM,
OSCARTOUCH2@AOL.COM, UlysseLoulgene@hotmail.com, FCF@1STARNET.COM,
CLOZANO1@SBCGLOBAL.NET, BUTTAPIC8@AOL.COM, JRLUTER@AOL.COM, CRSCLEAN@YAHOO.COM,
KITCHENSNMORE@GMAIL.COM, NEWMILLENNIUM.MORTGAGE@VERIZON.NET, SMA6583511@AOL.COM,
SIBERTIGER3@YAHOO.COM, OMARANAN@HOTMAIL.COM, TKMARF@COMCAST.NET, joemarko@aol.com,
YEONMARQUEZ@YAHOO.COM, ROSAMATTRE@AOL.COM, mokie222@tampabay.rr.com,
sales@mulligansgolfaz.com, house2home@email.com, ATTYRM@BHAM.RR.COM, LEANNEM@MARYKAY.COM,
OHSUMMER69KG@AOL.COM, smcnatt@CultivatingHope.org, DMEDINA@DKMFINANCIALINC.COM,
JULIA0708@EARTHLINK.NET, VJMERRICK@GRAJADAFARMS.COM, DTMICKELSON@AOL.COM,
AJMPTG@IZOOM.NET, CAPITOLGROUP@RROHIO.COM, MILLSRICK@HOTMAIL.COM,
BRADMOELLENBERNDT@YAHOO.COM, DAVEMGEM@AOL.COM, kmonnig@thetrainingctr.com,
DMOORE680@COMCAST.NET, SHILL22907@SBCGLOBAL.NET, BUFFALOJUMPFRAMER@MSN.COM,
KEVINMORRIS2000@COMCAST.NET, JMOUSSEAU@TAMPABAY.RR.COM,
BOB@CHERRYFIELDDEVELOPMENT.NET, NONE@ADVANTA.COM, newlookbuilders@yahoo.com,
mavalo@optonline.net, JACKBTRUCKING@AOL.COM, CLANELSON@COMCAST.NET,
shenelgreeneyes@yahoo.com, MOLDSOLUTION@YAHOO.COM, EMSN@VERIZON.NET,

MYJACKSG@YAHOO.COM, PARIAAUTO@AOL.COM, ODELLIES@EMBARQMAIL.COM, ROZ4RL@AOL.COM,
CMOGDEN@AOL.COM, OLSENRAND@YAHOO.COM, EXECSOLGRP@BELLSOUTH.NET,
GORCAPITAL@AOL.COM, LP95@SBCGLOBAL.NET, sales@calebpalmer.com,
JVPCONTRACTOR28@YAHOO.COM, solstice@centurytel.net, KATHY@PATTERSONHOMESLLC.COM,
KEPENNER@SOUTHWIND.NET, DAVIDUSAMOTORSCAR@BELLSOUTH.NET, Jp1coach@aol.com,
ddpswim@aol.com, silhouettespa@frontiernet.net, indiavision@hotmail.com, LODA@AOL.COM,
HELENA.LCHA@COMCAST.NET, THOM@EYESOPENPRODUCTIONS.COM, HOLPOWELL78@AOL.COM,
DUSTINPRUNTY@HOTMAIL.COM, TPUSCIAN@AOL.COM, srankins@moneymaestro.com,
NICKRATIU@GMAIL.COM, CAROLYN@AE-CLEANPOWER.COM, MLRDRYWALL@HOTMAIL.COM,
vpking@cox.net, SHERIRIPLEY@ADELPHIA.NET, RICHARD.RIVERA@INFAITHSOLUTIONS.COM,
CRAZYKAT_LUCHO@HOTMAIL.COM, ANICKI@COMCAST.NET, BTANGUY@AOL.COM,
MARIABRUNITO@AOL.COM, LICHI42@HOTMAIL.COM, GLAMNGLITZZ@HOTMAIL.COM,
MUSTANG9812003@YAHOO.COM, SSACARIA@IPA.NET, C6SURGERY@EARTHLINK.NET,
SSALKIN@SHMLENDING.COM, MAYRASANCHEZ123@YAHOO.COM, bedrockenterprises@comcast.net,
CHAD_SCHAAP@YAHOO.COM, gd_schack@hotmail.com, POOLMASTERS2@EARTHLINK.NET,
DSCHLUTER@HOTMAIL.COM, WMSCHM@AOL.COM, JONSCHUELER@SCHUELERREALESTATE.COM,
RACCOON_EYEZ@HOTMAIL.COM, khaldentertainment@yahoo.com, DEBRA@SESSOMS-ASSOCIATES.COM,
FOURSEASONS308@YAHOO.COM, THIRSTYJAY@GMAIL.COM, FERNWOODFLORIST@YAHOO.COM,
ANDREY55420@YAHOO.COM, FANCYDREAM75@AOL.COM, CARIBBEANBAZAAR@AOL.COM,
smallwoodssoda@sbcglobal.net, SMITHJRS@MSN.COM, EYEMHOME@QWESTOFFICE.NET,
PASCHES@COMCAST.NET, BULLY4ME@VERIZON.NET, TROYSOLES@YAHOO.COM, lds24@aol.com,
SLSELS@GRICS.NET, INFO2@APTGO.NET, j_stephenson1@charter.net, DAWNSPRODUCTS@COMCAST.NET,
FIRENICE9999@HOTMAIL.COM, DRLST@JUNO.COM, COOLFRONT@COX.NET, ktarlip@hotmail.com,
rjtartaglia@qwest.net, RICH2DB@AOL.COM, GTCPA@AOL.COM, SSHANE@GCI.NET,
seantoma@sbcglobal.net, whiteys162@verizon.net, tritel@tritelstudios.com, TNJTRANS2000@AOL.COM,
MAXICARE@QWEST.NET, DMVAUGHAN@COX.NET, DORYVEN2RA@YAHOO.COM,
KAREN_VINYARD@SBCGLOBAL.NET, jonnyvu@qccredit.com, KCRAIGK44@AOL.COM,
LANDARAE@AOL.COM, wardell@kingscloset.com, BUILDKAKO@HOTMAIL.COM,
JASON@FUNSTOPTOYS.COM, WDOUGWEBB@YAHOO.COM, bwhite@ahamb.com,
BWFROGGYGIRL@AOL.COM, RWHITE5109@AOL.COM, dwienker@msn.com, PETER@BAYMOON.COM,
BANDIT@HOMETOWNCABLE.NET, NATALIEKWILLIAMS@VERIZON.NET,
GSBPARTNERS@GODSSUCCESSFULBUSINESS.COM, LISAWILLIAMSMAY7@MSN.COM,
calvin@rcalvinwilliams.com, 1960MONTY@GMAIL.COM, BLUESTONELS@VERIZON.NET,
WYAROSH@EARTHLINK.NET, BYOUNGFORETERNITY@YAHOO.COM, IES_USA@YAHOO.COM,
ZAHN760@AOL.COM, ZARCOFF@EARTHLINK.NET, MZEYEN@MAC.COM,
ROOSTERTRUCKING@COMCAST.NET, wzuetell@aol.com

**Subject:** Advanta Bank



# Bank Corp.

TO: Advanta Cardholder

DATE: 11/6/2008

# EXHIBIT C

| State of Alabama<br>Unified Judicial System<br><br>Form ARClv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>01-CV-200<br>Date of Filing:<br>12/24/2008 | ELECTRONICALLY FILED<br>12/24/2008 3:14 PM<br>CV-2008-904187.00<br>CIRCUIT COURT OF<br>JEFFERSON COUNTY, ALABAMA<br>ANNE-MARIE ADAMS, CLERK |
|---|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT OF JEFFERSON COUNTY, ALABAMA
### REGINALD MCDANIEL v. ADVANTA CORPORATION ET AL

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

## NATURE OF SUIT:

**TORTS: PERSONAL INJURY**

- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonnes
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☑ TOXX - Other: _____

**TORTS: PERSONAL INJURY**

- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**

- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS  (cont'd)**

- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP-Contempt of Court
- ☐ CONT-Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND- Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD-Eviction Appeal/Unlawful Detainer
- ☐ FORJ-Foreign Judgment
- ☐ FORF-Fruits of Crime Forfeiture
- ☐ MSHC-Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB-Protection From Abuse
- ☐ FELA-Railroad/Seaman (FELA)
- ☐ RPRO-Real Property
- ☐ WTEG-Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP-Workers' Compensation
- ☐ CVXX-Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ INITIAL FILING      A ☐ APPEAL FROM DISTRICT COURT      O ☐ OTHER

R ☐ REMANDED      T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT   _____

**HAS JURY TRIAL BEEN DEMANDED?**   ☐ Yes  ☑ No

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**   MCD061      12/24/2008 3:07:16 PM      /s REGINALD DARYL MCDANIEL

**MEDIATION REQUESTED:**   ☐ Yes  ☐ No  ☑ Undecided

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | **SUMMONS**<br>- CIVIL - | **Case Number:**<br>01-CV-2008-904187.00 |
| --- | --- | --- |

**IN THE CIVIL COURT OF JEFFERSON, ALABAMA**
**REGINALD MCDANIEL v. ADVANTA CORPORATION ET AL**

**NOTICE TO**  ADVANTA CORPORATION, WELSH & MCKEAN ROADS PO BOX 844, SPRING HOUSE PA, 19477

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY REGINALD DARYL MCDANIEL

WHOSE ADDRESS IS 712 32ND STREET SOUTH, BIRMINGHAM AL, 35233

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of ⸱ REGINALD MCDANIEL
pursuant to the Alabama Rules of the Civil Procedure

| 12/24/2008 3:14:42 PM | /s ANNE-MARIE ADAMS | |
| --- | --- | --- |
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s REGINALD DARYL MCDANIEL |
| --- | --- |
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ In _____ County, Alabama on _____

_____

Date                              Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2008-904187.00 |
|---|---|---|

### IN THE CIVIL COURT OF JEFFERSON, ALABAMA
### REGINALD MCDANIEL v. ADVANTA CORPORATION ET AL

EQUIFAX, PO BOX 105873, ATLANTA GA, 30348

**NOTICE TO** _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY REGINALD DARYL MCDANIEL

WHOSE ADDRESS IS 712 32ND STREET SOUTH, BIRMINGHAM AL, 35233

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of      REGINALD MCDANIEL
   pursuant to the Alabama Rules of the Civil Procedure

| 12/24/2008 3:14:42 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested      /s REGINALD DARYL MCDANIEL

Plaintiffs/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____         _____

Date                            Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2008-904187.00 |
|---|---|---|

## IN THE CIVIL COURT OF JEFFERSON, ALABAMA
### REGINALD MCDANIEL v. ADVANTA CORPORATION ET AL

**NOTICE TO** EXPERIAN, PO BOX 2002, ALLEN TX, 75013

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY REGINALD DARYL MCDANIEL

WHOSE ADDRESS IS 712 32ND STREET SOUTH, BIRMINGHAM AL, 35233

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of REGINALD MCDANIEL
 pursuant to the Alabama Rules of the Civil Procedure

| 12/24/2008 3:14:42 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested /s REGINALD DARYL MCDANIEL

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____ _____

Date Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | **SUMMONS**<br>**- CIVIL -** | **Case Number:**<br>01-CV-2008-904187.00 |
|---|---|---|

**IN THE CIVIL COURT OF JEFFERSON, ALABAMA**

**REGINALD MCDANIEL v. ADVANTA CORPORATION ET AL**

**NOTICE TO** _TRANSUNION, PO BOX 2000, CHESTER PA, 19022_

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY REGINALD DARYL MCDANIEL

WHOSE ADDRESS IS 712 32ND STREET SOUTH, BIRMINGHAM AL, 35233

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   REGINALD MCDANIEL
pursuant to the Alabama Rules of the Civil Procedure

| 12/24/2008 3:14:42 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s REGINALD DARYL MCDANIEL |
|---|---|
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____          _____
Date                          Server's Signature



ELECTRONICALLY FILED
12/24/2008 3:14 PM
CV-2008-904187.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

REGINALD MCDANIEL

Plaintiff

Vs.                                          Case No.:

ADVANTA BANK CORP.,
TRANSUNION INC., EQUIFAX, INC.,
EXPERIAN INC.
Defendants.

### COMPLAINT

Comes now the Plaintiff and brings this action pursuant to the Fair Credit Reporting Act, 15 U.S.C., Section 1681 et seq., and Code of Alabama, 1975. Jurisdiction is vested in this court pursuant to 15 U.S.C. Sec. 1681, and the Code of Alabama, 1975, and sections: 6-5-100, 6-5-101, 7-3-11, 8-1-22, 8-1-20 and 1-21-16.

Defendants, Experian, TransUnion, and Equifax are consumer reporting agencies as the term is defined in U.S.C. Sec. 1681a(f). Defendant, Advanta Bank, Corp. is engaged in the business consumer credit cards in the State of Alabama and is a creditor as defined by 15 U.S.C., Sec. 1602(f) in that it issues and administers credit cards to consumers and businesses and has reported credit information to Defendant, credit bureaus named above pertaining the plaintiff.

1.      On or about February 12, 2008, RM2 Sports, LLC through the plaintiff retained the services of James Caldwell, attorney at law to represent him in settling the business account with Advanta Bank Corp. Attorney Caldwell sent a letter of representation to defendant Advanta Bank Corp., on or about February 12, 2008. (see plaintiff exhibit 1)

2.      On or about May 20, 2008, Attorney James Caldwell, after receiving several phone calls from Advanta Bank Corp., sent a follow up letter to Advanta Bank Corp., again attempting to settle this account and included a check from Plaintiff in the amount of $1,000 to defendant,

Advanta Bank as an offer to settle the credit card account of RM2 Sports Management, LLC in full. (See plaintiff's exhibit 2)

3.      Defendant Advanta Bank Corp., negotiated said payment in full in the amount of $1,000 on or about June 11, 2008. (see plaintiff exhibit 3)

4.      On or about July 7, plaintiff's attorney sent a follow up letter to Advanta Bank Corp., the attention of Steven Judd, Account Specialist with Advanta Bank Corp., who had made previous phone calls and sent correspondence concerning the account plaintiff after receiving letter of representation and the settlement check to demand that Advanta Bank Corp., stop billing RM2 Sports, LLC because they had accepted the settlement check as offered under the laws of the State of Alabama. (see plaintiff exhibit 4)

5.      At no point prior to the negotiation of this payment to defendant, did Advanta Bank Corp., report the perfect credit payment history of plaintiff, Reginald McDaniel nor RM2 Sports, LLC the to the credit bureaus.

6.      On or about July 20, 2008, Plaintiff received a statement from Advanta Bank Corp., with the $1,000 payment in full posted, but continued to charge the company, RM2 Sports, for an additional balanced owed on said account in violation of Code of Alabama, 1975 Sec. 1-21-5, and 1-21-16.

7.      On or about August 20, 2008, plaintiff began receiving harassing phone calls from representatives from Advanta Bank Corp., concerning a balance due on the account of RM2 Sports, LLC.

8.      On or about October 2008, defendant Advanta Bank Corp., fraudulently and without notice or permission reported incorrect negative information to Plaintiff's personal credit file to all three credit bureaus named above as defendants in violation of applicable laws of the State of

Alabama and 15 U.S.C.

9.      On or about October 20, 2008, Kevin Morgan, an employee and agent of Advanta Bank

Corp., contacted plaintiff via telephone and stated he had pulled the personal credit report of

defendant in violation of U.S. privacy and applicable consumer protection laws. Kevin Moran

followed up his telephone call with an email stating he intended to damage the personal credit

rating and threatened legal action against Plaintiff. (see exhibit 5)

10.     Due to illegal actions by defendants, Plaintiff's legal business account line of credit with

American Express was reduced by over $17, 000 due to negative and false reporting by

defendants, Advanta Bank Corp., et al.

11.     Plaintiff's personal credit profile dropped over 100 points from the excellent credit

category to fair category thereby causing plaintiff damage to credit rating and the ability to

obtain credit and refinance residential property at lower rate he was entitled too before actions by

defendants.

12.     On or about July 21, 2008, and again on or about November 16, 2008, Plaintiff wrote

defendants, Equifax, Experian, and TransUnion to request that the account as reported by

Advanta Bank Corp., was inaccurate and should be removed from Plaintiff's personal credit

records.

13.     That each credit reporting bureau listed above as defendants, willfully and wantonly

failed to correct Plaintiff's personal credit profile as required under 15 U.S,C, and such conduct

therefore entitles Plaintiff to punitive damages and the recovery of attorney fees.

14.     That defendant, Advanta Bank Corp., willful misconduct as set out above caused severe

damage to Plaintiff ability to retain, obtain and acquire credit based on his true credit history and

thus entitles Plaintiff to punitive damages and attorney fees of the defendant pursuant to 15

U.S.C.

15.     That on or about November 6, 2008, defendant, Advanta Bank Corp., wrongfully

intruded into a personal email account of Plaintiff, so as to cause outrage, mental suffering,

shame, humiliation to a person of ordinary sensibilities in that a public email with over 500 other

email addressees, stating that "..both you and your business are responsible for the delinquency

on this account." (see exhibit 6) This action exposed the Plaintiff to unwarranted publicity

regarding an account that did not belong to him personally and was a private matter.

      **WHEREFORE,** Plaintiff prays that the Court will enter judgment against Defendants

separately and severable and award to Plaintiff the following relief:

(1) monetary damages including compensatory and punitive, and

(2) attorney fees and court costs; and

(3) an injunction commanding Defendants to delete the said account and all adverse information

from Defendant's credit files on Plaintiff, and commanding Defendant to notify all recipients, of

said information of such deletions, and command Defendants to never again report adverse

information; false information of or concerning the Plaintiff; and

(4) an order declaring the Advanta Bank Corp., credit card account of RM2 Sports, LLC to be

paid in full per accord and satisfaction and payment pursuant to Code of Alabama, Sections 7-3-

11,  8-1-22, 8-1-20 and 1-21-16.

Respectfully submitted by:

<u>S/James N Caldwell</u>
James N. Caldwell, Esq.
Attorney for Plaintiff
714 32nd Street South
Birmingham, AL 35233
(205) 328-1150



ELECTRONICALLY FILED
12/24/2008 3:14 PM
CV-2008-904187.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

# Law Offices of James N. Caldwell
Attorney at Law
712 32nd Street South
Birmingham, AL 35233
205.328.1150

February 12, 2008

ADVANTA
PO Box 30715
Salt Lake City, UT 84130

Re:       Advanta Acct# 5584-1897-0527-3575
          RM2 Sports, LLC
          Balance: $6000

To whom it may concern:

This letter is to inform you that RM2 Sports has retained my office to wind up its business affairs and to settle outstanding accounts.

The company is without any assets or income and has not operated as a business since sometime in 2006. The former owner of the business who had been making regular payments cannot afford to keep making payments and as such as retained my assistance to settle this account without having to go through more drastic means or possible bankruptcy for RM2 Sports.

In a posture to settle this account, my client is willing to pay a lump sum in the amount of $2,000 as full settlement of this account. Please advise or pass this letter on to your decision maker for a prompt response to this offer.

Please contact me if you have any questions.

Sincerely,

James N. Caldwell, Esq.



# Law Offices of James N. Caldwell
### Attorney at Law
712 32nd Street South
Birmingham, AL 35233
205.328.1150

May 20, 2008

ADVANTA
PO Box 30715
Salt Lake City, UT 84130

Re:      Settlement Offer
         Advanta Acct# 5584-1897-0527-3575
         RM2 Sports, LLC
         Balance: $5726.87

To whom it may concern:

This letter is to follow up on my client, RM2 Sports, LLC's request to settle the above account. As stated in my previous letter, RM2 Sports is no longer in business and is seeking to pay off the credit card issued by Advanta.

As such we have enclosed a check in the amount of $1,000.00 as full and final payment to settle this account. My client is no longer in position to pay the initial offer of $2,000 and now is offering $1,000.00 to settle this account.

Please contact me if you have any questions.

Sincerely,

James N. Caldwell, Esq.



*061000146*
06/20/2008
6616273147

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

REGINALD McDANIEL ATTORNEY AT LAW                                     1522
712 32nd St S                                                      61-1/620
Birmingham, AL 35233

                                                    6/11/08   DATE

PAY TO THE
ORDER OF    Advanta                                  $ 1000 ⁰⁰

One Thousand                                              DOLLARS

REGIONS        074615    0925                         5275

10= 5584 1897 05273575 -Paid In full -Settlement

⑈"001522⑈ ⑊:06 20000 19⑊:, 0047860472⑈          ⑈"0000 100000⑈"

⑈"001522⑈     ⑊:06 20000 19⑊:      0047860472⑈       ⑈"0000 100000⑈"



PLAINTIFF'S
EXHIBIT
4

**Law Offices of James N. Caldwell**
Attorney at Law
712 32nd Street South, Birmingham, AL 35233
205-328-1150

July, 7, 2008

Mr. Steven Judd
Account Specialist
Advanta
PO Box 30715
Salt Lake City, Utah 84130

Re:    Settlement Offer
       Advanta Acct# 5584-1897-0527-3575
       RM2 Sports, LLC

Dear Mr. Judd:

This letter is to follow up on the letter sent to Advanta on May 20, 2008 concerning the settlement offer from my client, RM2 Sports, LLC.

We sent a letter of settlement and included a check for $1000 for full and final settlement. This check has been negotiated and per Alabama law this amounts to full accord and satisfaction of the debt. As such, we respectfully request that Advanta stop billing my client and report this debt as settled.

Please contact me should you have any questions.

I have enclosed a copy of the check and the letter of settlement..

Best regards,

James N. Caldwell, Esq.

Preview                                                                 Page 1 of 1



This is an urgent message.
**Date:** Monday, October 20, 2008 10:57 AM
**From:** Moran, Kevin <kmoran@advanta.com>
**To:** ATTYRM@BHAM.RR.COM
**Subject:**

Reginald,


Give me a call. I want to work out a settlement with you...


*Please call me today regarding your Advanta MasterCard. Advanta is pursuing legal action against you for non payment of your account. I suggest you pay it off with a home equity loan or a balance transfer. I can even take a credit card payment over the phone if you need. I have options available as well where I can lower the interest rate to 0%, or settlement offers, that are much lower than your balance owed. Please call me today to make arrangements. Thanks*


**Additionally, we sent you a letter on 7/30 explaining that we will be reporting to the personal credit bureaus this month. In the past we have never reported at all. Currently the account holder has an excellent credit score and if the account is not satisfied this month his personal credit score will suffer. Please know, that I will do anything to help you, please call me immediately.**



Kevin L Moran

Portfolio Manger

Advanta Bank

1-800-451-3213 X 7751




TM & © Warner Bros. Entertainment Inc.

Preview



PLAINTIFF'S
EXHIBIT
6

**Date:** Thursday, November 6, 2008 1:12 PM
**From:** Worsham, Larry <lworsham@advanta.com>

**To:**
AARONLEGAL@TNNI.NET, BASHASRUGS@VERIZON.NET, alam@iemrexpress.com, alamo@investorfunds.us,
dalmeida@bellsouth.net, ALLIEDARTINC@AOL.COM, MIKE_ARABIA@YAHOO.COM, titusassih@hotmail.com,
AWADAN@AOL.COM, AWADAN@AOL.COM, soco303@aol.com, TRACKS1DE@MILWPC.COM,
smileproductions19@hotmail.com, JCR01000@SBCGLOBAL.NET, aliobubu@aol.com,
KYUNGHEEB@AOL.COM, ESHIPIT.NET@GMAIL.COM, GRAMMYOTHESEA@AOL.COM,
CALSTATE12@AOL.COM, BELLTOOLCO@AOL.COM, RABENSON@GALLATINRIVER.NET,
FACEMIRE1@AOL.COM, BETTINA@ALLINPLACE.BIZ, JBERG13@AOL.COM, JBONACCORSY@COREFPA.COM,
AJMOTORS@AOL.COM, ABCDOCUMENTSDAWN@AOL.COM, t.brainer@insightbb.com,
briganc@pinepech.edu, NEWYORKRIDER@TWCNY.RR.COM, JCHB3@AOL.COM,
TAXESBYLAURA@SBCGLOBAL.NET, lilriverbill@yahoo.com, BUSS7370@TWCNY.RR.COM,
yoginidvd@gmail.com, tcalderon13@yahoo.com, CORNERPANTRY@ATT.NET, RCCPA@TELEPORT.COM,
PRODUCTION@ONAC.COM, NONE@ADVANTA.COM, truckstr@msn.com, j.l.carrier@worldnet.att.net,
XTREMEBEDLINER@SBCGLOBAL.NET, MUSTANGGTGANG@AOL.COM, DBATRENDSLA@ADELPHIA.NET,
SERGEY.C@SBCGLOBAL.NET, SMOOTHSAILN@SBCGLOBAL.NET, JJTELCOMM@YAHOO.COM,
randyleechoi@yahoo.com, everett928@aol.com, JOHNCHRISTIAN316@AOL.COM, carlochubak@yahoo.com,
PROGMENU@AOL.COM, hunnybunny501@aol.com, artisanhair@aol.com, ETC.COLLARD@GMAIL.COM,
LINDACONRAD@EMBARQMAIL.COM, DREAMLIMO@VERIZON.NET, KCMC2U@YAHOO.COM,
GBI@DC.RR.COM, CAROLE_COUTURE@MSN.COM, sales@arlacellular.com, none@none.com,
micx2@earthlink.net, PERFECTFRAMES@EMBARQMAIL.COM, ESDALLAS@HOTMAIL.COM,
JAMIE@NNJRE.COM, CHRIS@EA-TRAININGCENTER.COM, JESSED@OCBINC.COM,
GREGG@GSONSTUDIOS.COM, WESTCOUNTYJUMPER@SBCGLOBAL.NET, necess@hawaiiantel.net,
PATTYANN1@COMCAST.NET, JOSH.DINGUS@GMAIL.COM, DINOTO8230@SBCGLOBAL.NET,
dennis@caterinabuilders.com, BRYSOND24@AOL.COM, JOEDOWNS@COMCAST.NET, none@advanta.com,
TOM6AHAWK1@NETZERO.NET, RTEVANS2@YAHOO.COM, ATC4186@AOL.COM, jfitzer1@gmail.com,
DAVE@CENTRONCC.COM, GREGG@TOLANDSCAPING.COM, JOEAF10@YAHOO.COM,
LANSHAFREE@COMCAST.NET, MARK.FRISBIE@AIRHOP.COM, bandtfritz@yahoo.com, LFRY42@TX.RR.COM,
JGOLICK@COX.NET, AGOMEZ5@DC.RR.COM, TGOMEZ35@YAHOO.COM, CEGONZALEZ@SBCGLOBAL.NET,
KIMO@KIMOGRIGGS.COM, JOHNLGROHJR@YAHOO.COM, NSOMMERS@JUNO.COM,
JADEHACHEM@CHARTER.NET, GENE.HACKER@YAHOO.COM, rachel_haddox@yahoo.com,
mike@trusthomelending.com, QZ9702@WOH.RR.COM, PIPERCUB33@AOL.COM,
CHARITYTOURLDR@BELLSOUTH.NET, shenazhaq@yahoo.com, ANIMAL.RESORT@INSIGHTBB.COM,
brashland@adelphia.net, TERRY7995@COMCAST.NET, SERENARENA1220@AOL.COM,
cmlstooges@hotmail.com, BLAIR@GREATERBAYFUNDING.COM, hermansengroup@gmail.com,
BREEZEOFHB@AOL.COM, HAPPYGRAMM@HOTMAIL.COM, HODGESCM2007@COMCAST.NET,
holguins1@yahoo.com, STUDIOFIFTYTHREE@GMAIL.COM, PHAYELIN@YAHOO.COM, marlinm1@aol.com,
mhuebner@hamilton.net, PENNYFHUEY@MSN.COM, EMTNLDG@AOL.COM, JOHNHUMMEL1@MSN.COM,
africannewdimensions@yahoo.com, sales@rsscinema.com, DSJAVIER@VERIZON.NET, frmunion@smig.net,
JDAWNAM7@HOTMAIL.COM, ANDREW250K@YAHOO.COM, PJIA@AMJACKCASTER.COM,
LOANDREAMS@MSN.COM, MARY@WHINNYHORSERESCUE.ORG, WINBIG4U@ARDMORE.NET,
JON@CHERRYLV.COM, TK63@MAC.COM, MANJEET@PUNJABI-MANCH.NET, HANNAKATEB@COMCAST.NET,
abid6900@aol.com, BEAUTY1@YAHOO.COM, torihouse@aol.com, EVAKING330@AOL.COM,
kingsleyoutpost@gmail.com, DDBUILDERS@EARTHLINK.NET, KINTLGROCERIES@GMAIL.COM,
mattk@opgweb.com, KOVARI@ADELPHIA.NET, sbhelgirl@aol.com, RAK71@AOL.COM,
KAKRONFUSS@YAHOO.COM, KRONK27@SBCGLOBAL.NET, EWA@DASHINGHAIR.COM,
tony@kvalegames.com, o0_rodolfo_0o@yahoo.com, AWESOMFIT@SBCGLOBAL.NET,
EARLLARKINS@SBCGLOBAL.NET, markjlavalle@sbcglobal.net, BEN.LEE@CICGRP.NET,
KENNYSLEE@HOTMAIL.COM, SUNCRUISER@WILDBLUE.NET, BEACONENG@GMAIL.COM,
OSCARTOUCH2@AOL.COM, UlysseLouigene@hotmail.com, FCF@1STARNET.COM,
CLOZANO1@SBCGLOBAL.NET, BUTTAPIC8@AOL.COM, JRLUTER@AOL.COM, CRSCLEAN@YAHOO.COM,
KITCHENSNMORE@GMAIL.COM, NEWMILLENNIUM.MORTGAGE@VERIZON.NET, SMA6583511@AOL.COM,
SIBERTIGER3@YAHOO.COM, OMARANAN@HOTMAIL.COM, TKMARF@COMCAST.NET, joemarko@aol.com,
YEONMARQUEZ@YAHOO.COM, ROSAMATTRE@AOL.COM, mokie222@tampabay.rr.com,
sales@mulligansgolfaz.com, house2home@email.com, ATTYRM@BHAM.RR.COM, LEANNEM@MARYKAY.COM,
OHSUMMER69KG@AOL.COM, smcnatt@CultivatingHope.org, DMEDINA@DKMFINANCIALINC.COM,
JULIA0708@EARTHLINK.NET, VJMERRICK@GRAJADAFARMS.COM, DTMICKELSON@AOL.COM,
AJMPTG@IZOOM.NET, CAPITOLGROUP@RROHIO.COM, MILLSRICK@HOTMAIL.COM,
BRADMOELLENBERNDT@YAHOO.COM, DAVEMGEM@AOL.COM, kmonnig@thetrainingctr.com,
DMOORE680@COMCAST.NET, SHILL22907@SBCGLOBAL.NET, BUFFALOJUMPFRAMER@MSN.COM,
KEVINMORRIS2000@COMCAST.NET, JMOUSSEAU@TAMPABAY.RR.COM,
BOB@CHERRYFIELDDEVELOPMENT.NET, NONE@ADVANTA.COM, newlookbuilders@yahoo.com,
mavalo@optonline.net, JACKBTRUCKING@AOL.COM, CLANELSON@COMCAST.NET,
shenelgreeneyes@yahoo.com, MOLDSOLUTION@YAHOO.COM, EMSN@VERIZON.NET,

MYJACKSG@YAHOO.COM, PARIAAUTO@AOL.COM, ODELLIES@EMBARQMAIL.COM, ROZ4RL@AOL.COM,
CMOGDEN@AOL.COM, OLSENRAND@YAHOO.COM, EXECSOLGRP@BELLSOUTH.NET,
GORCAPITAL@AOL.COM, LP95@SBCGLOBAL.NET, sales@calebpalmer.com,
JVPCONTRACTOR28@YAHOO.COM, solstice@centurytel.net, KATHY@PATTERSONHOMESLLC.COM,
KEPENNER@SOUTHWIND.NET, DAVIDUSAMOTORSCAR@BELLSOUTH.NET, Jp1coach@aol.com,
ddpswim@aol.com, silhouettespa@frontiernet.net, indiavision@hotmail.com, LODA@AOL.COM,
HELENA.LCHA@COMCAST.NET, THOM@EYESOPENPRODUCTIONS.COM, HOLPOWELL78@AOL.COM,
DUSTINPRUNTY@HOTMAIL.COM, TPUSCIAN@AOL.COM, srankins@moneymaestro.com,
NICKRATIU@GMAIL.COM, CAROLYN@AE-CLEANPOWER.COM, MLRDRYWALL@HOTMAIL.COM,
vpking@cox.net, SHERIRIPLEY@ADELPHIA.NET, RICHARD.RIVERA@INFAITHSOLUTIONS.COM,
CRAZYKAT_LUCHO@HOTMAIL.COM, ANICKI@COMCAST.NET, BTANGUY@AOL.COM,
MARIABRUNITO@AOL.COM, LICHI42@HOTMAIL.COM, GLAMNGLITZZ@HOTMAIL.COM,
MUSTANG9812003@YAHOO.COM, SSACARIA@IPA.NET, C6SURGERY@EARTHLINK.NET,
SSALKIN@SHMLENDING.COM, MAYRASANCHEZ123@YAHOO.COM, bedrockenterprises@comcast.net,
CHAD_SCHAAP@YAHOO.COM, gd_schack@hotmail.com, POOLMASTERS2@EARTHLINK.NET,
DSCHLUTER@HOTMAIL.COM, WMSCHM@AOL.COM, JONSCHUELER@SCHUELERREALESTATE.COM,
RACCOON_EYEZ@HOTMAIL.COM, khaldentertainment@yahoo.com, DEBRA@SESSOMS-ASSOCIATES.COM,
FOURSEASONS308@YAHOO.COM, THIRSTYJAY@GMAIL.COM, FERNWOODFLORIST@YAHOO.COM,
ANDREY55420@YAHOO.COM, FANCYDREAM75@AOL.COM, CARIBBEANBAZAAR@AOL.COM,
smallwoodssoda@sbcglobal.net, SMITHJRS@MSN.COM, EYEMHOME@QWESTOFFICE.NET,
PASCHES@COMCAST.NET, BULLY4ME@VERIZON.NET, TROYSOLES@YAHOO.COM, lds24@aol.com,
SLSELS@GRICS.NET, INFO2@APTGO.NET, j_stephenson1@charter.net, DAWNSPRODUCTS@COMCAST.NET,
FIRENICE9999@HOTMAIL.COM, DRLST@JUNO.COM, COOLFRONT@COX.NET, ktarlip@hotmail.com,
rjtartaglia@qwest.net, RICH2DB@AOL.COM, GTCPA@AOL.COM, SSHANE@GCI.NET,
seantoma@sbcglobal.net, whiteys162@verizon.net, tritel@tritelstudios.com, TNJTRANS2000@AOL.COM,
MAXICARE@QWEST.NET, DMVAUGHAN@COX.NET, DORYVEN2RA@YAHOO.COM,
KAREN_VINYARD@SBCGLOBAL.NET, jonnyvu@qccredit.com, KCRAIGK44@AOL.COM,
LANDARAE@AOL.COM, wardell@kingscloset.com, BUILDKAKO@HOTMAIL.COM,
JASON@FUNSTOPTOYS.COM, WDOUGWEBB@YAHOO.COM, bwhite@ahamb.com,
BWFROGGYGIRL@AOL.COM, RWHITE5109@AOL.COM, dwienker@msn.com, PETER@BAYMOON.COM,
BANDIT@HOMETOWNCABLE.NET, NATALIEKWILLIAMS@VERIZON.NET,
GSBPARTNERS@GODSSUCCESSFULBUSINESS.COM, LISAWILLIAMSMAY7@MSN.COM,
calvin@rcalvinwilliams.com, 1960MONTY@GMAIL.COM, BLUESTONELS@VERIZON.NET,
WYAROSH@EARTHLINK.NET, BYOUNGFORETERNITY@YAHOO.COM, IES_USA@YAHOO.COM,
ZAHN760@AOL.COM, ZARCOFF@EARTHLINK.NET, MZEYEN@MAC.COM,
ROOSTERTRUCKING@COMCAST.NET, wzuetell@aol.com

**Subject:** Advanta Bank



# Bank Corp.

TO: Advanta Cardholder

DATE: 11/6/2008

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Equifax
P.O. Box 105873
Atlanta, GA 30348

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X [signature]                    ☐ Agent
                                 ☐ Addressee

B. Received by ( Printed Name)        C. Date of Delivery

DEC 3 1 2003

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

CN 08-9D4187 sec

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
   (Transfer from service label)

7008 1830 0000 7023 7956

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA 35203

FILED IN OFFICE
ANNE-MARIE ADAMS
Clerk

FILED IN OFFICE

JAN 0 2 2009

ANNE-MARIE ADAMS
Clerk

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Advanta Corp.
Welsh & Mckean Roads
P.O. Box 844
Spring House, PA 19477

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

CV 08. 904 187 - SLC

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7008 1830 0000 7023 7732

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA  35203

FILED IN OFFICE

JAN 0 5 2009

ANNE-MARIE ADAMS
Clerk



ELECTRONICALLY FILED
1/6/2009 1:57 PM
CV-2008-904187.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
BIRMINGHAM DIVISION

MCDANIEL REGINALD,                    )
                    Plaintiff,        )
                                      )
          v.                          )        Case No.:  CV-2008-904187.00
                                      )
ADVANTA CORPORATION,                  )
TRANSUNION,                           )
EQUIFAX,                              )
EXPERIAN,                             )
                    Defendants.       )

ORDER


    This case is hereby place don the STANARD TRACK ASSIGNMENT.  A status
conference is set on January 13, 2009 at 1:30 P.M.

    DONE this 6th day of January, 2009

                                    /s CARYL PENNEY PRIVETT
                                    _____

                                    CIRCUIT JUDGE



**AlaFile E-Notice**

01-CV-2008-904187.00

Judge: CARYL PENNEY PRIVETT

To:  MCDANIEL REGINALD DARYL
rmcdaniellaw@bham.rr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

REGINALD MCDANIEL v. ADVANTA CORPORATION ET AL
01-CV-2008-904187.00

The following matter was FILED on 1/6/2009 1:57:44 PM

Notice Date:    1/6/2009 1:57:44 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2008-904187.00

Judge: CARYL PENNEY PRIVETT

To: ADVANTA CORPORATION        (PRO SE)
WELSH & MCKEAN ROADS
PO BOX 844
SPRING HOUSE, PA 19477

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

REGINALD MCDANIEL v. ADVANTA CORPORATION ET AL
01-CV-2008-904187.00

The following matter was FILED on 1/6/2009 1:57:44 PM

Notice Date:     1/6/2009 1:57:44 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2008-904187.00

Judge: CARYL PENNEY PRIVETT

To:  EQUIFAX          (PRO SE)
PO BOX 105873
ATLANTA, GA 30348

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

### REGINALD MCDANIEL v. ADVANTA CORPORATION ET AL
### 01-CV-2008-904187.00

The following matter was FILED on 1/6/2009 1:57:44 PM

Notice Date:      1/6/2009 1:57:44 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2008-904187.00

Judge: CARYL PENNEY PRIVETT

To:  EXPERIAN          (PRO SE)
PO BOX 2002
ALLEN, TX 75013

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

#### REGINALD MCDANIEL v. ADVANTA CORPORATION ET AL
01-CV-2008-904187.00

The following matter was FILED on 1/6/2009 1:57:44 PM

Notice Date:     1/6/2009 1:57:44 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2008-904187.00

Judge: CARYL PENNEY PRIVETT

To: TRANSUNION          (PRO SE)
    PO BOX 2000
    CHESTER, PA 19022

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

REGINALD MCDANIEL v. ADVANTA CORPORATION ET AL
01-CV-2008-904187.00

The following matter was FILED on 1/6/2009 1:57:44 PM

Notice Date:     1/6/2009 1:57:44 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Transunion
P.O. Box 2000
Chester, PA 19022

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Transunion LLC_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
JAN 12 2009

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

CV 08. 904 187 SLC

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7008 1830 0000 7023 7949

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA 35203

FILED IN OFFICE

JAN 0 6 2009

ANNE-MARIE ADAMS
CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Experian
P.O. Box 2002
Allen, TX 75013

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

CV 08· 9041875ec

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7008 1830 0000 7023 7563

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED IN OFFICE

JAN 0 8 2009

ANNE-MARIE ADAMS
Clerk

• Sender: Please print your name, address, and ZIP+4 in this box•

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA  35203