# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| REGINALD MCDANIEL, | ) |
| Plaintiff, | ) |
| V. | ) 2:09-cv-00183-SLB |
| ADVANTA BANK CORP., ET AL., | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties to this action hereby stipulate to the DISMISSAL WITH PREJUDICE of this case in its entirety, each party to bear its own costs.

Respectfully submitted,

_____
Attorney for Plaintiff Reginald McDaniel

James N. Caldwell
attorneycaldwell@bellsouth.net
712 32nd Street South
Birmingham, AL 35233

Reginald McDaniel
rmcdaniel@bham.rr.com
712 32nd Street South
Birmingham, AL 35233

1

_/s/ Haley A. Cox_
Attorney for Defendant Advanta Bank Corp.

William H. King, III
wking@lightfootlaw.com
Haley Andrews Cox
hcox@lightfootlaw.com
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, AL 35203-3200


_/s/ Tim M. Davis_
Attorney for Defendant Trans Union LLC
(improperly identified in the Complaint as
"Transunion Inc.")

Kary B. Wolfe
kwolfe@walstonwells.com
Timothy M. Davis
tdavis@walstonwells.com
WALSTON, WELLS & BIRCHALL, LLP
PO Box 830642
Birmingham, AL 35283-0642


_____
Attorney for Defendant Equifax Information
Services, LLC (improperly identified in the
Complaint as "Equifax, Inc.")

| | |
|---|---|
| Victoria J. Franklin-Sisson | Keasha Ann Broussard |
| victoriasisson@mhsolaw.com | (*pro hac vice* pending) |
| MILLER, HAMILTON, SNIDER & | ABroussard@KSLAW.com |
| ODOM, LLC | KING & SPALDING LLP |
| 500 Financial Center | 1180 Peachtree Street |
| 505 20th Street North | Atlanta, GA 30309 |
| Birmingham, AL 35203 | |

**Attorney for Defendant, Advanta Bank Corp.**
William H. King, III
wking@lightfootlaw.com
Haley Andrews Cox
hcox@lightfootlaw.com
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 20th Street N.
Birmingham, AL   35203-3200


**Attorney for Defendant Trans Union, LLC (improperly identified in the Complaint as "Transunion Inc.")**
Kary B. Wolfe
kwolfe@walstonwells.com
Timothy M. Davis
tdavis@walstonwells.com
WALSTON, WELLS, ANDERSON & BAINS, LLP
P.O. Box 830642
Birmingham, AL   35283-0642

*/s/*

**Attorney for Defendant Equifax Information Services, LLC (improperly identified in the Complaint as "Equifax, Inc.")**
Victoria J. Franklin-Sisson
vsisson@joneswalker.com
JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE, LLP

*/s/ Nicole Perry*
_____
**Attorney for Defendant Experian Information Solutions, Inc. (improperly identified in the Complaint as "Experian Inc.")**

| | |
|---|---|
| L. Jackson Young, Jr. | Nicole M. Perry |
| ljy@ffdlaw.com | (admitted *pro hac vice*) |
| FERGUSON, FROST & DODSON, LLP | nmperry@JonesDay.com |
| 2500 Acton Road, Suite 200 | JONES DAY |
| PO Box 430189 | 717 Texas Avenue, Suite 3300 |
| Birmingham, AL 35243-0189 | Houston, TX 77002 |

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of March, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/ Haley Andrews Cox
Of Counsel